UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARINA TZAFIR, | CASE NO. 25-cv-02067-JHC-SKV |
| Petitioner, | MINUTE ORDER |
| v. | |
| PAMELA BONDI et al., | |
| Respondents. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Court ORDERS Respondents to file a return to the petition for writ of habeas corpus, Dkt. # 1, by no later than December 31, 2025. Petitioner may file a traverse by January 5, 2026.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 19th day of December 2025.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 1