# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARINA TZAFIR,<br><br>      Petitioner,<br>v.<br><br>PAMELA BONDI et al.,<br><br>      Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 25-cv-02067-JHC-SKV |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

  The petition for writ of habeas corpus is granted. Dkt. # 18; *see* Dkt. # 1. This case is closed.

  Dated January 9, 2026.

                Ravi Subramanian
                Clerk of Court

                */s/Ashleigh Drecktrah*
                Deputy Clerk